HERMAN ISAACS, Appellant, *v.* THE COMMERCIAL COMPANY OF SALONICA, LIMITED, Respondent.

*Isaacs* v. *Commercial Co. of Salonica*, 127 App. Div. 915, affirmed.
(Argued October 22, 1909; decided November 9, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 9, 1908, affirming a judgment in favor of defendant entered upon a verdict and an order denying a motion for a new trial in an action to recover for services and for money alleged to have been expended on behalf of defendant.

*Maxwell C. Katz* and *Otto C. Sommerich* for appellant.

*William H. Fain* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.